BEECHER W. SPRAGUE, Respondent, *v.* KANES FALLS ELECTRIC COMPANY, Appellant.

*Sprague* v. *Kanes Falls Electric Co.*, 158 App. Div. 859, affirmed.
(Argued December 6, 1915; decided January 4, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered November 21, 1913, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury in an action to restrain the defendant from raising and lowering, by means of a dam, the waters of Glen lake. The complaint alleges that the plaintiff owns a cottage lot and dock on the shore of Glen lake; that the defendant's predecessor in title erected a dam across the stream which forms the outlet of Glen lake, and by means thereof the defendant at times raises the level of the waters in Glen lake above the natural level, thereby flooding the plaintiff's property; that the channel of the outlet has been excavated and thus, by opening the dam, the lake water is drawn below the natural level; that this raising and lowering of the water is wrongful and a nuisance.

*J. H. Barker* and *J. Ward Russell* for appellant.

*Henry W. Williams* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, HOGAN, SEABURY and POUND, JJ.